**KELLEY DRYE & WARREN** LLP

A LIMITED LIABILITY PARTNERSHIP

**WASHINGTON HARBOUR, SUITE 400**

**3050 K STREET, NW**

**WASHINGTON, D.C.  20007-5108**

(202) 342-8400

NEW YORK, NY
LOS ANGELES, CA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(202) 342-8451
www.kelleydrye.com

August 30, 2021

**FILED ELECTRONICALLY VIA CM/ECF**

The Honorable Mark A. Barnett
Chief Judge
U.S. Court of International Trade
One Federal Plaza
New York, NY  10278-0001

    Re:    **Carbon Activated Tianjin Co. v. United States**, Court No. 20-00007

Dear Chief Judge Barnett:

On behalf of Defendant-Intervenors, Calgon Carbon Corporation and Cabot Norit Americas, we write to express our support for the remand findings issued by the U.S. Department of Commerce in the *Final Results of Remand Redetermination Pursuant to Court Remand* (June 30, 2021) (ECF 68-1) ("*Remand Results*").   Defendant-Intervenors respectfully request that the Court affirm the *Remand Results* in their entirety.

We appreciate the Court's attention to this matter.  Please do not hesitate to contact the undersigned with any questions.

    Respectfully submitted,

    /s/  John. M. Herrmann
    JOHN M. HERRMANN
    R. ALAN LUBERDA
    MELISSA M. BREWER

    Counsel to Defendant-Intervenors