## UNITED STATES COURT OF INTERNATIONAL TRADE

### BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| CARBON ACTIVATED TIANJIN CO., LTD., CARBON ACTIVATED CORPORATION, and DATONG JUQIANG ACTIVATED CARBON CO., LTD., ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| and ) ) | |
| BEIJING PACIFIC ACTIVATED CARBON PRODUCTS CO., LTD., NINGXIA GUANGHUA CHERISHMET ACTIVATED CARBON CO., LTD., NINGXIA MINERAL & CHEMICAL LIMITED, and SHANXI SINCERE INDUSTRIAL CO., LTD., ) ) ) ) ) ) ) | Case No. 20-00007 |
| Plaintiff-Intervenors, ) ) | |
| v. ) ) | |
| UNITED STATES, ) ) | |
| Defendant, ) ) | |
| and ) ) | |
| CALGON CARBON CORPORATION and CABOT NORIT AMERICAS, INC., ) ) ) | |
| Defendant-Intervenors. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Carbon Activated Tianjin Co., Ltd., Carbon

Activated Corporation, and Datong Juqiang Activated Carbon Co., Ltd., and Plaintiff-Intervenors

Beijing Pacific Activated Carbon Products Co., Ltd., Ningxia Guanghua Cherishmet Activated

Carbon Co., Ltd., Ningxia Mineral & Chemical Limited, and Shanxi Sincere Industrial Co., Ltd.,

appeal to the United States Court of Appeals for the Federal Circuit from the final judgment of

the United States Court of International Trade entered in this action, *Carbon Activated Tianjin*

*Co., Ltd., et al v. United States*, Court No. 20-00007-MAB, on October 22, 2021 (ECF No. 77),

including (but not limited to) the: (1) Opinion and Order dated April 2, 2021, Slip Op. 21-35

(ECF No. 66); and (2) Opinion and Order dated October 22, 2021, Slip Op. 21-149 (ECF No.

76). This Notice is filed in accordance with 28 U.S.C. § 2645(c) and 28 U.S.C. § 2107(b).

Respectfully submitted,

*/s/ Francis J. Sailer*
Francis J. Sailer
Dharmendra Choudhary
Jordan C. Kahn
Kavita Mohan

GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN & KLESTADT LLP
1201 New York Ave., NW, Suite 650
Washington, DC 20005

*Counsel for Plaintiffs/ Plaintiff-Intervenors*
*Carbon Activated Tianjin Co. Ltd., Carbon*
*Activated Corporation, Datong Juqiang*
*Activated Carbon Co., Ltd., Beijing Pacific*
*Activated Carbon Products Co., Ltd.,*
*Ningxia Guanghua Cherishmet Activated*
*Carbon Co., Ltd., Ningxia Mineral &*
*Chemical Limited, and Shanxi Sincere*
*Industrial Co., Ltd.*

Dated: December 21, 2021

11409068_1