# United States Court of Appeals for the Federal Circuit

———————

CARBON ACTIVATED TIANJIN CO., LTD., CARBON ACTIVATED CORPORATION, DATONG JUQIANG ACTIVATED CARBON CO., LTD., BEIJING PACIFIC ACTIVATED CARBON PRODUCTS CO., LTD., NINGXIA GUANGHUA CHERISHMET ACTIVATED CARBON CO., LTD., NINGXIA MINERAL & CHEMICAL LIMITED, SHANXI SINCERE INDUSTRIAL CO., LTD.,
*Plaintiffs-Appellants*

v.

UNITED STATES, CALGON CARBON CORPORATION, NORIT AMERICAS INC., FKA CABOT NORIT AMERICAS, INC.,
*Defendants-Appellees*

———————

2022-1298

———————

Appeal from the United States Court of International Trade in No. 1:20-cv-00007-MAB, Chief Judge Mark A. Barnett.

———————

**MANDATE**

———————

In accordance with the judgment of this Court, entered May 1, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

June 22, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court